# UNITED STATES DISTRICT COURT
для the

Eastern District of North Carolina

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Beautanous Coor | ) Case No:  5:92-CR-72-1F |
| | ) USM No:  13912-056 |
| Date of Previous Judgment:  January 19, 1996 | ) |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney  Samuel J. Randall, IV |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of the _____defendant_____ under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and the court having considered such motion,

**IT IS ORDERED** that the motion is:

☒ DENIED.    ☐ GRANTED  and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____ months.
If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

Previous Offense Level: _____        Amended Offense Level: _____

Criminal History Category: _____     Criminal History Category: _____

Previous Guideline Range: _____ to _____ months    Amended Guideline Range: _____ to _____ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain) :

**III. ADDITIONAL COMMENTS**

The amount of crack cocaine involved is 4,500 grams or greater, therefore, the defendant is not eligible for the retroactive reduction.

Except as provided above, all provisions of the judgment dated ___January 19, 1996___ shall remain in effect.

**IT IS SO ORDERED.**

Order Date:  11 | 23 | 2010

Judge's signature

Effective Date: _____        James C. Fox, Senior U.S. District Judge
(if different from order date)           Printed name and title