IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:92-CR-000072-F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CONSENT ORDER |
| | ) | |
| BEAUTANOUS COOR, | ) | |
| | ) | |
| Defendant. | ) | |

WHEREAS, the undersigned parties have mutually agreed that the $3,460.30 currently being held by the U.S. District Court, Eastern District of North Carolina is an overpayment due back to the defendant; and

WHEREAS, the defendant has agreed that the $3,460.30 may be disbursed to the U.S. Marshals Service, 310 New Bern Avenue, Suite 100, Raleigh, North Carolina 27601, to be deposited into the U.S. Department of Justice's Asset Forfeiture Fund and applied to the defendant's outstanding forfeiture judgment; it is, therefore, by consent of the parites,

ORDERED that the Clerk is directed to issue a check in the amount of $3,460.30 to the U.S. Marshals Service.

SO ORDERED, this 4th day of November, 2014.

*James C. Fox*
James C. Fox
Senior United States District Court Judge


CONSENTED TO:

THOMAS G. WALKER
United States Attorney


By: *Stephen A. West*
Stephen A. West
Assistant United States Attorney
310 New Bern Avenue, Suite 800
Raleigh, North Carolina 27601-1461
Telephone: (919) 856-4530
FAX: (919) 856-4821
Email: steve.west@usdoj.gov
NC State Bar No. 12586

By: *Beautanous Coor*
Beautanous Coor
Defendant
807 North Seaboard Street
Goldsboro, North Carolina 27530