# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

UNITED STATES OF AMERICA

v.  Crim. No. 5:92-CR-72-1F

BEAUTANOUS COOR

On April 12, 1993, the above named was sentenced to 360 months custody, followed by 60 months supervised release. This term was amended to 235 months on October 31, 2013. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Julie W. Rosa  
Julie W. Rosa  
U.S. Probation Officer  
310 New Bern Avenue, Room 610  
Raleigh, NC 27601-1441  
Phone: 919-861-8675  
Executed On: September 18, 2015

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this __21__ day of __September__, 2015.

James C. Fox  
Senior U.S. District Judge